IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-280(TJK) |
| | ) | |
| | ) | |
| MICHAEL LEE HARDIN | ) | |

### Motion for admission of attorney Scott C. Williams *Pro Hac Vice*

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant MICHAEL LEE HARDIN  moves for the admission and appearance of attorney Scott C. Williams *pro hac vice* in the above-captioned case.  This motion is supported by the Declaration of Mr. Williams, filed herewith.  As set forth in Mr. William's declaration, he is admitted and an active member in good standing in the following courts and bars:

1.   Utah; and

2.  United States District Court for the District of Utah.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

KIRA ANNE WEST

By:        _____/s/_____
Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  #509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 26th  day of May, 2021, a copy of same was  electronically filed using the CM/ECF system  and delivered to the parties of record and  pursuant to the  rules of the Clerk of Court.

/S/
_____

Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            )
                                    )
            v.                      )        CRIMINAL NO. 21-CR-280 (TJK)
                                    )
                                    )
MICHAEL LEE HARDIN                  )


## **ORDER**


    Pending before the Court is the motion of defendant MICHAEL LEE HARDEN seeking admission of

his attorney, Scott C. Williams, for admission to this Court *pro hac vice* with support from attorney

Kira Anne West, a member in good standing in this Court. Upon consideration of the motion,

finding it meritorious, the Court grants attorney Williams *pro hac vice* admission to this Court.


    SO ORDERED this _____ day of May, 2021.


                                        _____
                                        Timothy J. Kelly
                                        United States District Judge

3