

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

May 27, 2021

VIA E-MAIL

Scott C. Williams, Esq.
43 East 400 South
Salt Lake City, Utah 84111
scwlegal@gmail.com

      Re:    *United States v. Michael Lee Hardin*
             Case No. 21-CR-280 (TJK)

Dear Counsel:

      This letter serves to memorialize the preliminary discovery, provided to you via USAfx on May 21, 2021 and May 25, 2021. Although you may review the entire discovery on the shared drive, in order to retain access to the discovery, you must download it immediately. If you have any questions regarding the provided discovery or are missing something, feel free to call or email me. Please note that this discovery includes protective-order materials, which have been marked as "Highly Sensitive" and saved in a separate folder on the shared drive.

      The preliminary discovery available to you via USAfx contains the following materials:

| FILE NAME | DESCRIPTION |
| --- | --- |
| 266T-SU-3382914_0000001.pdf | Case Opening |
| 266T-SU-3382914-GJ_0000001.pdf | Subfile Opening Document |
| 266T-SU-3382914_0000002.pdf | [PROTECT IDENTITY] Witness Interview - **HIGHLY SENSITIVE** |
| 266T-SU-3382914_0000002_1A0008930_0000001.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000002.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000003.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000004.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000005.jpg | Image Provided by Witness |

| | |
|---|---|
| 266T-SU-3382914_0000002_1A0008930_0000006.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000007.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000008.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000009.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000010.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000011.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000012.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000013.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000014.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000015.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000016.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000017.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000018.jpg | Image Provided by Witness |
| 266T-SU-3382914_0000002_1A0008930_0000019.jpg | Image Provided by Witness |
| 266T-SU-3382914-GJ_0000002.pdf | 302 re: T-Mobile Subpoena |
| 266T-SU-3382914-GJ_0000002_1A0000001_0000001.pdf | T-Mobile Subpoena |
| 266T-SU-3382914_0000003.pdf | Michael Hardin Identifiers |
| 266T-SU-3382914_0000003_1A0000001_0000002.pdf | Hardin CLEAR Report |
| 266T-SU-3382914_0000003_1A0000001_0000003.pdf | Hardin Utah Driver's License |
| 266T-SU-3382914_0000003_1A0000001_0000004.pdf | Hardin Criminal History Record |
| 266T-SU-3382914_0000003_1A0000001_0000005.pdf | Hardin Utah Corrections Report |
| 266T-SU-3382914_0000003_1A0000001_0000006.pdf | Hardin Warrants Check |
| 266T-SU-3382914-GJ_0000003.pdf | 302 re: Google Subpoena |
| 266T-SU-3382914-GJ_0000003_1A0000002_0000001.pdf | Google Subpoena |
| 266T-SU-3382914_0000004.pdf | Google Location Search |
| 266T-SU-3382914-GJ_0000004.pdf | 302 re: Google subpoena return |
| 266T-SU-3382914-GJ_0000004_1A0000003_0000001.zip | Google subpoena return |
| 266T-SU-3382914-GJ_0000004_1A0000004_0000001.pdf | Google certificate of authenticity |
| 266T-SU-3382914_0000005.pdf | 302 re: T-Mobile preservation request |
| 266T-SU-3382914_0000005_1A0000002_0000001.pdf | T-Mobile preservation request |
| 266T-SU-3382914_0000006.pdf | Anonymous tip re: Hardin |
| 266T-SU-3382914_0000007.pdf | [PROTECT IDENTITY] tip re: Hardin |
| 266T-SU-3382914_0000008.pdf | [PROTECT IDENTITY] Witness Interview - **HIGHLY SENSITIVE** |
| 266T-SU-3382914_0000008_1A0000003_0000001.jpeg | Text Screenshots Provided by Witness |
| 266T-SU-3382914_0000008_1A0000003_0000002.jpeg | Text Screenshots Provided by Witness |
| 266T-SU-3382914_0000008_1A0000003_0000003.jpeg | Text Screenshots Provided by Witness |
| 266T-SU-3382914_0000009.pdf | 302 re: Physical Surveillance of Hardin Residence |
| 266T-SU-3382914_0000010.pdf | [PROTECT IDENTITY] Witness Interview Notes |

| | |
|---|---|
| 266T-SU-3382914_0000010_1A0000004_0000001_PHYSICAL.pdf | Physical 1A/1C Cover Sheet for [PROTECT IDENTITY] Witness Interview Notes |
| 266T-SU-3382914_0000011.pdf | 302 re: T-Mobile SW |
| 266T-SU-3382914_0000011_1A0000005_0000001.pdf | T-Mobile SW 2705(b) NDO |
| 266T-SU-3382914_0000011_1A0000005_0000002.pdf | T-Mobile SW |
| 266T-SU-3382914_0000012.pdf | State Records for Hardin's Residential Address |
| 266T-SU-3382914_0000012_1A0000006_0000001.pdf | MK Hardin LLC Application |
| 266T-SU-3382914_0000012_1A0000006_0000002.pdf | Hardin Wage Search |
| 266T-SU-3382914_0000012_1A0000006_0000003.pdf | Registered Principal Search |
| 266T-SU-3382914_0000012_1A0000006_0000004.pdf | TLO Report |
| 266T-SU-3382914_0000012_1A0000006_0000005.pdf | MK Hardin LLC |
| 266T-SU-3382914_0000012_1A0000006_0000006.pdf | BPS Search |
| 266T-SU-3382914_0000013.pdf | 302 re: TTK Results |
| 266T-SU-3382914_0000013_1A0000007_0000001.pdf | Hardin TTK Report |
| 266T-SU-3382914_0000013_1A0000007_0000002.pdf | Hardin TTK Report |
| 266T-SU-3382914_0000014.pdf | 302 re: Physical Surveillance of Hardin Residence |
| 266T-SU-3382914_0000015.pdf | 302 re: Physical Surveillance of Hardin Residence |
| 266T-SU-3382914_0000015_1A0000008_0000001.pdf | Hardin DMV Records |
| 266T-SU-3382914_0000016.pdf | 302 re: Physical Surveillance of Hardin Residence |
| 266T-SU-3382914_0000017.pdf | 302 re: Physical Surveillance of Hardin Residence |
| 266T-SU-3382914_0000018.pdf | Signed Complaint, Order, and Warrant |
| 266T-SU-3382914_0000018_1A0000009_0000001.pdf | Complaint (Redacted) |
| 266T-SU-3382914_0000018_1A0000009_0000002.pdf | Statement of Facts |
| 266T-SU-3382914_0000018_1A0000009_0000003.pdf | Sealing Order |
| 266T-SU-3382914_0000018_1A0000009_0000004.pdf | Complaint |
| 266T-SU-3382914_0000018_1A0000009_0000005.pdf | Arrest Warrant |
| 266T-SU-3382914_0000019.pdf | Evidence Entry re: Items Seized from Hardin Residence |
| 266T-SU-3382914_0000021.pdf | 302 re: Keesha Hardin Interview |
| 266T-SU-3382914_0000022.pdf | 302 re: Arrest of Hardin, Transport, and Initial Appearance |
| 266T-SU-3382914_0000023.pdf | 302 re: Execution of SW at Hardin Residence |
| 266T-SU-3382914_0000023_1A0000010_0000001.pdf | SW Evidence Collected Item Log |
| 266T-SU-3382914_0000023_1A0000010_0000002.pdf | SW Administrative Worksheet |
| 266T-SU-3382914_0000023_1A0000010_0000003.pdf | SW Crime Scene Sign-In Log |
| 266T-SU-3382914_0000023_1A0000010_0000004.pdf | SW Diagram/Sketch of Hardin Residence |

| | |
|---|---|
| 266T-SU-3382914_0000023_1A0000010_0000005.pdf | Receipt for Property |
| 266T-SU-3382914_0000024.pdf | [PROTECT IDENTITY] Witness Interview |
| 266T-SU-3382914_0000025.pdf | Electronic Devices Taken to RCFL |
| 266T-SU-3382914_0000025_1A0000011_0000001.pdf | RCFL Evidence Receipt |
| 266T-SU-3382914_0000026.pdf | Documenting copies of photographs taken |
| 266T-SU-3382914_0000026_Import.pdf | Photographic Log |
| 266T-SU-3382914_0000027.pdf | Documenting T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000001.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000002.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000003.xls | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000004.htm | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000005.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000006.xls | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000007.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000008.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000009.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000010.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000011.html | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000012.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000027_1A0000012_0000013.pdf | T-Mobile SW Return |
| 266T-SU-3382914_0000028.pdf | TTK Review - Public Tip |
| 266T-SU-3382914_0000028_1A0000001_0000001.pdf | TTK Report |
| 266T-SU-3382914_0000029.pdf | TTK Review - Public Tip |
| 266T-SU-3382914_0000029_1A0000002_0000001.pdf | TTK Report |
| 266T-SU-3382914_0000030.pdf | TTK Review - Public Tip |
| 266T-SU-3382914_0000030_1A0000003_0000001.pdf | TTK Report |
| 266T-SU-3382914_0000031.pdf | Documenting SBI Agent Nesbitt Police Report |
| 266T-SU-3382914_0000031_Import.pdf | SBI Agent Nesbitt Police Report re: Execution of SW at Hardin Residence |
| 266T-SU-3382914_0000032.pdf | Documenting SBI Agent Bohman Police Report |
| 266T-SU-3382914_0000032_Import.pdf | SBI Agent Bohman Police Report re: Execution of SW at Hardin Residence |
| 266T-SU-3382914_0000034.pdf | Documenting SBI Agent Faumuina Police Report |
| 266T-SU-3382914_0000034_Import.pdf | SBI Agent Faumuina Police Repot re: Execution of SW at Hardin Residence |
| 266T-SU-3382914_0000035.pdf | Disruption 1057 |
| 266T-SU-3382914_0000036.pdf | Attaching Digital [PROTECT IDENTITY] Interview Notes to Serials 2 and 10 |

| | |
|---|---|
| 266T-SU-3382914_0000036_1A0000013_0000001.pdf | [PROTECT IDENTITY] Handwritten Interview Notes |
| 266T-SU-3382914_0000037.pdf | Documenting Accurint Report |
| 266T-SU-3382914_0000037_1A0000014_0000001.pdf | Hardin Accurint Report |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*Hava Mirell*

HAVA MIRELL
Assistant United States Attorney