Scott C. Williams, Utah State Bar #6687
SCOTT C. WILLIAMS, LLC
43 East 400 South
Salt Lake City, UT 84111
Telephone: (801) 220-0700
Fax: (801) 364-3232
Email: scwlegal@gmail.com

Attorney for Michael Lee Hardin

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL LEE HARDIN,**<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br><br><br>**Case No. 1:21-cr-280-TJK**<br><br>**Honorable Judge Timothy J. Kelly** |

Scott C. Williams hereby enters his appearance of counsel on behalf of defendant Michael Lee Hardin in the above-captioned matter

.

Respectfully submitted this 20th day of November, 2021.

                                      */s/ Scott C. Williams*               .

                                      Scott C. Williams

                                      Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Hava Mirell
Hava.mirell@usdoj.gov

/s/ Jayme Mackay          .