04/03/2022

To whom this may concern:

We are happy to write this letter on behalf of Mike Hardin, speaking on behalf of his character. We have known Mike for over 5 years now, maybe a little more and during this time we have had the privilege to get to know him pretty well.

Mike has a big heart. When we first met him, he was very quick to open his home to us and treat us as if we were family.

A couple of words come to mind when thinking of Mike, "genuine and honest." What you see is what you get. We were always able to count on Mike to tell it to us straight. That's how we knew he was going to be a good friend.

Through the years we had Mike act as our realtor, because we trusted he would do right by our family and he never failed us. Due to Mike's knowledge and hard work in the industry, our family continues to thrive and be blessed in the home he currently helped us get into.

We have known Mike to try to do what's best for others even when it doesn't benefit himself.

Mike truly tries to seek for

other people's happiness. We know we are better off because of Mike being in our lives.

It is our hope that this letter quells whatever fears you may have towards Mike.


Sincerely,

*[signature]*
Ammon Mauga

*[signature]*
Atisa Mauga

To Whom It May Concern;

My name is Adam Ozuna, I am a Local businessman in the Salt Lake City Area and the western states, I am very pleased to write a character reference letter for my friend Mike Hardin.

Mike and I have been very good friends over the Years. I Have known Mike for the last 10 years, I have always been amazed at seeing Mike's level of enthusiasm and dedication for Hard work, He has personally taken time out of his schedule to accommodate other people when it could have been very easy to say no, he would always say yes.

He is the type of person who I've seen go above and beyond both as a police officer and as a civilian, I've seen him show compassion and understanding on countless occasions, your Honor, I hope and pray that you can understand that Mike, is so much more than the 4 hours of his life that you know about him.

I've seen him as Father a stepfather who took on young kids and loved them as his own, a Husband a Police Officer, and a friend, the sum of all my experiences with Mike, lets me know he is so much more than that Sad day.

I'm not one who agrees with what happened on Jan 6th in our capital, I found it quite disturbing to watch, but as I said above, I know more about Mike than those 4 hours.  He is a good man who just made a mistake that day.

Lessons in life Can Be a valuable teacher, I am sure all of us have had some setbacks in our lives that have Taken away some Valuable life learning that has made us all better Citizens.

I know this to be true for Mike Hardin as I have spoken with him over the past year, I see a new humility and openness to hear both sides of the story and a willingness to not get caught up in the energy of the moment.

I hope that mercy can temper justice and that all the good Mike, has Done in his life will be a better example of what we can all expect to form him.

Sincerely

*Adam Ozuna* (signature)

Adam Ozuna

## CHARACTER AFFIDAVIT

March 31, 2022

I, Randall Lance Willson, hereby certify and swear that I am an adult over the age of 18 and that the statements below are true and correct to the best of my knowledge.

I have known Mike Hardin for approximately ten years. When I first met Mike he was a homicide detective for Salt Lake City and was dating my sister-in-law. I was a licensed mortgage loan officer and Mike sent me a few referrals of fellow Police Officers that needed mortgage financing. What I learned working with these officers is that Mike had a great professional reputation. He was respected by his peers and was known for his integrity. I recall being told that on a few occasions Mike was pressured to go along with a suicide narative for cases that he felt strongly were murder and not suicide. When I asked Mike about it, he stated that he felt he had an obligation to the deceased and their family to make sure the case was fully investigated and to not take the easy way out by calling it a suicide when that was likely not the case. I thought that reflected a determination to do what's right.

After Mike retired as a Detective, I witnessed first hand his professionalism as a Real Estate Agent and financial planner. In the course of interaction directly with Mike over the years I have learned that Mike is honest and of good moral character. I trust his opinion and ethics. When our daughter died this last summer, Mike was one of the first people we called. His opinion and support during the single worst moment of our lives as parents was appreciated more than could ever be expressed.

While I cannot speak of the events at the Capital on January 6 because I was not there, I'm certain that Mike wouldn't have been a threat to person or property as that would have been outside his character and normal response. Mike has always spoken in terms of protecting the safety of others and respecting property.

Thank you,

*[signature]*
R. Lance Willson

# DeLand Investigations
*Private Investigators* ⚖

Nicholas Y. DeLand



March 31, 2022

Re: Michael Lee Hardin, 1:21-cr-280

Naturally, it is expected there are some in my life who espouse political beliefs that differ from my own, and I respect that. It was not expected, however, that my friend and former Salt Lake City Police Department colleague would one day be arrested in connection with the events at the United States Capitol Building occurring on January 6, 2021. Though I was disappointed to learn of his participation, I write this letter on behalf of Michael Hardin because I believe his sincerity that it was the worst decision of his life.

For the better part of two decades Mike and I served together as police officers in Salt Lake City, and I've seen him for who he is, a good and moral man who became a police officer, ultimately a homicide detective, to serve his fellow citizens and protect those who would be victimized by others. I'm saddened that this momentary lapse of reason will leave a lasting scar personally and professionally. We all make mistakes, and one mistake should not define us, even this one he has made. Like my friend Mike, I believe in second chances, and I appeal to this court to grant him one as he has done for others.

With great respect,

Nicholas Y. DeLand

DeLand Investigations, LLC • Utah PI Agency License P110991
www.delandinvestigations.com • delandinvestigations@gmail.com
(801) 949-7875 cell • (801) 810-7875 Google Voice

Shelley Elaine Oram



March 30th, 2022

RE: Mr. Mike Hardon (Class B Misdemeanor)

To The Honorable Judge Timothy Kelly,

It is my honor to be writing on behalf of Mike Hardon. I have known Mike Hardon for over 5 years. He is not only a good friend but also supports my family and I as our financial advisor. Mike Hardon is 100% trust worthy and honest. He is a dedicated husband and father and supports his community. It is my hope this letter will act as a positive and contributing factor when the court considers this matter.

Sincerely,

Shelley Oram



## DeLand Investigations
*Private Investigators*

Nicholas Y. DeLand

March 31, 2022

Re: Michael Lee Hardin, 1:21-cr-280

Naturally, it is expected there are some in my life who espouse political beliefs that differ from my own, and I respect that. It was not expected, however, that my friend and former Salt Lake City Police Department colleague would one day be arrested in connection with the events at the United States Capitol Building occurring on January 6, 2021. Though I was disappointed to learn of his participation, I write this letter on behalf of Michael Hardin because I believe his sincerity that it was the worst decision of his life.

For the better part of two decades Mike and I served together as police officers in Salt Lake City, and I've seen him for who he is, a good and moral man who became a police officer, ultimately a homicide detective, to serve his fellow citizens and protect those who would be victimized by others. I'm saddened that this momentary lapse of reason will leave a lasting scar personally and professionally. We all make mistakes, and one mistake should not define us, even this one he has made. Like my friend Mike, I believe in second chances, and I appeal to this court to grant him one as he has done for others.

With great respect,

Nicholas Y. DeLand

**DeLand Investigations, LLC** • Utah PI Agency License P110991
www.delandinvestigations.com • delandinvestigations@gmail.com
(801) 949-7875 cell • (801) 810-7875 Google Voice