IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-280 (TJK) |
| | ) | |
| | ) | |
| MICHAEL LEE HARDIN | ) | |

### NOTICE OF FILING

COMES NOW Kira Anne West, *pro hac vice* counsel for defense counsel Scott Williams in the above captioned case, and files the attached supplemental materials in support of sentencing.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/   Kira Anne West_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 7th day of April, 2022 a copy of same was delivered to the parties of record, by email, and filed under seal pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/  Kira A. West_____
Kira Anne West