To Whom It May Concern;

My name is Adam Ozuna, I am a Local businessman in the Salt Lake City Area and the western states, I am very pleased to write a character reference letter for my friend Mike Hardin.

Mike and I have been very good friends over the Years. I Have known Mike for the last 10 years, I have always been amazed at seeing Mike's level of enthusiasm and dedication for Hard work, He has personally taken time out of his schedule to accommodate other people when it could have been very easy to say no, he would always say yes.

He is the type of person who I've seen go above and beyond both as a police officer and as a civilian, I've seen him show compassion and understanding on countless occasions, your Honor, I hope and pray that you can understand that Mike, is so much more than the 4 hours of his life that you know about him.

I've seen him as Father a stepfather who took on young kids and loved them as his own, a Husband a Police Officer, and a friend, the sum of all my experiences with Mike, lets me know he is so much more than that Sad day.

I'm not one who agrees with what happened on Jan 6th in our capital, I found it quite disturbing to watch, but as I said above, I know more about Mike than those 4 hours. He is a good man who just made a mistake that day.

Lessons in life Can Be a valuable teacher, I am sure all of us have had some setbacks in our lives that have Taken away some Valuable life learning that has made us all better Citizens.

I know this to be true for Mike Hardin as I have spoken with him over the past year, I see a new humility and openness to hear both sides of the story and a willingness to not get caught up in the energy of the moment.

I hope that mercy can temper justice and that all the good Mike, has Done in his life will be a better example of what we can all expect to form him.

Sincerely

*Adam Ozuna*

Adam Ozuna

Alisha Richmond



03/31/2022

To whom it may concern,

I am aware of the charges brought against Michael Hardin for "parading in the US Capitol" on January 6, 2021. I am also aware that Mr. Hardin has plead guilty to this charge.

I am writing this letter on my own free will because I feel that it is important to express the kind of man, I know Mr. Hardin to be. I hope this letter will help persuade those to look beyond mistakes and offer leniency in Mr. Hardin's sentence.

I have known Mr. Hardin for approximately five years and knew of him prior to that. Mr. Hardin is a retired Police Officer from Salt Lake City, Utah. I too am a Police Officer of almost 15 years and had heard of Mr. Hardin from working investigations. I never heard anything negative about his character or work ethic.

In 2017 Mr. Hardin assisted my husband and I in purchasing a home. This is where I confirmed that Mr. Hardin is indeed a hard working and caring person. Mr. Hardin went above and beyond to help my family find a home that fits for us. He was honest in his dealings with us and was always available to help. This professional relationship turned into a friendship; we know we can count on Mr. Hardin.

Mr. Hardin may have had a lapse in judgement with the events that occurred on January 6, 2021. However, he is not a right wing radical. He is not a terrorist, and he does not pose any threat to this country. I know Mr. Hardin loves God, our country, his family, our troops, and law enforcement.

I pray that the court will find leniency in sentencing and will see Mr. Hardin as I see him, an American citizen that loves our nation and its people. Thank you for your time and consideration in reading this letter. If you have any questions or would like additional information, please contact me.

Sincerely,

Alisha Richmond

*Alisha Richmond*      04-07-2022

04/03/2022

To whom this may concern:

We are happy to write this letter on behalf of Mike Hardin, speaking on behalf of his character. We have known Mike for over 5 years now, maybe a little more and during this time we have had the privilege to get to know him pretty well.

Mike has a big heart. When we first met him, he was very quick to open his home to us and treat us as if we were family.

A couple of words come to mind when thinking of Mike, "genuine and honest." What you see is what you get. We were always able to count on Mike to tell it to us straight. That's how we knew he was going to be a good friend.

Through the years we had Mike act as our realtor, because we trusted he would do right by our family and he never failed us. Due to Mike's knowledge and hard work in the industry, our family continues to thrive and be blessed in the home he currently helped us get into.

We have known Mike to try to do what's best for others even when it doesn't benefit himself.

Mike truly tries to seek for

other people's happiness. We know we are better off because of Mike being in our lives.

It is our hope that this letter quells whatever fears you may have towards Mike.

Sincerely,

Ammon Mauga

Atisa Mauga

To Whom It May Concern,                                                                                      March 29, 2022

      I am writing for and on behalf of Mike Hardin.  It is my understanding that the court is looking for more information about Mike and I would like this statement addressing my knowledge of Mike's character to be added to that information and will hopefully assist the court in knowing Mike better.

      I am currently a sergeant with the Salt Lake City Police Department where my assignment is the sergeant of the burglary/property crimes unit.  I have worked in law enforcement for 17 years with most of my career being with Salt Lake City PD.  I have also worked on the DEA Task Force, the ICAC Task Force, and have assisted with protection details for political figures and dignitaries among other assignments.

      Mike was also a police officer/detective for the Salt Lake City PD for 20+ years and retired with an impressive career of service. Mike's reputation proceeded him before I personally met him.  What I heard of him was that he was an excellent investigator within the burglary and homicide units with which he served.  I also knew of his willingness to assist fellow officers with home building projects, assisting them with real estate home purchases, sales, and rentals.  In each conversation I had with people who knew Mike it was that he was a man of impeccable character that you could count on and trust.

      It was because of Mike's reputation that I sought him out when I was looking to buy a home.  It was at this time that I really got to know Mike and the genuine, honest, trustworthy person he is.  After the first home purchase I completed with Mike, he helped me sale that home and purchase another one.  Mike's work ethic and honest business dealings were on display as he helped me and my family get another home to live in.  Mike always went above and beyond while explaining complicated processes so that we could understand them.  He was always there with answers to a multitude of questions.

      I have now known Mike on a personal level for over 5 years and overall, for 10 years.  I know Mike to love this country, love law and order and espouses the higher ideals of our Declaration of Independence and US Constitution.  Mike loved liberty and freedom so much that he dedicated over 20 years of his life to serve these ideals in law enforcement.  He is a husband and a father and a friend to many.

      I ask in your good judgement to view Mike not as someone who lived in one small incident of time, but to look at him within the whole of his life.  I implore you to grant Mike leniency and allow him to return home to his family.

      If you have any questions, concerns or need anything from me related to what I know of Mike I am available to you that you can ask.  I Thank you for your time.


Sincerely,

*Bret Richmond*

Bret Richmond



4/6/2020

To Whom it may concern,

Eldwinn and I have known Mike Hardin for about 5-6 years now. We kind of hit it off with him right from the first time we met. He was always helpful and patient in answering all of the bazillion of questions we seemed to have. In that time he had become a good friend to us and we had learned to trust him and was hoping to do a lot more business with him as well.

He had shown us where to put our 401k's and Roth IRA's in plans that has increased and made us more money in the last 5 years than it had in the previous 20 years with someone else. The more he learned about us, he was able to advise us on some other financial things that has been very helpful to us.

Initially, we started out small with him and trusted by only moving over small amounts at first and watching how fast it grew. Everything he taught us and showed us came to pass. Mike also helped introduce us to some Land Developers and helped us to get answers we were looking for as we were considering selling our land.

He even invited us to his house as he knew we loved Log Cabins and proudly showed us his home. He invited us to dinner several times, but we could never seem to make our schedules work. We definitely plan to continue to stay friends with Mike and hopefully do some real estate transactions in the future.

Sincerely,

Eldwinn N. Fox and Janice A. Fox

To whom it may concern,

I have known Michael Hardin since 2011. I worked with him as a police officer, more specifically, a homicide detective. Michael and I had many great talks, many long hours, and came to be very close! Michael was the best homicide investigator on our squad. He was quick to understand when a situation was not right, or when a mistake on his part created issues in our cases or in our friendship. He was forgiving when I would make mistakes, and he was the most brilliant interviewer that I had ever worked with. He was passionate about his job! He worked tirelessly for two years straight on a cold case homicide, traveling all over this country, and conducted approximately 75 interviews in his search for the truth. His compassion with the family in Brooklyn, NY was commendable and amazing to watch.

Michael retired from law enforcement, and I followed a few years later. We are friends and I consider him to be a very good human being. I was unaware of Michael's trip back to Washington D.C., but I have spoken to him briefly about his involvement. He did not want to speak much about this incident, and that is understandable. I have not spoken to him about motivation, but he loves his country more than anything. This is a fact and this man is not capable of ill intentions towards his country!

Michael is, and will continue to be my friend long after this incident. His wife is a good person as well and this incident is in no way a picture of who this man is. I was personally a bit shocked when I saw it on the news, but I knew that he did nothing other than enter unlawfully with the rest of the crowd. Anyone can make a mistake. Michael is no different and what separates him, is his willingness to always accept his flaw and his communicative nature when it comes to bettering himself and others. I would not have been a good detective without him, and I am a much better person for knowing him and having him in my life. I am not trying to explain his behavior on this day, because that is not my business. I just don't feel that my good friend who has been an upstanding citizen and protector of human beings for so much of his life, had any ill intent. I hope this letter in some way helps you understand how much this man means to me and others.

Thank you,

*Justin Hudson*
Justin Hudson

## CHARACTER AFFIDAVIT

March 31, 2022

I, Randall Lance Willson, hereby certify and swear that I am an adult over the age of 18 and that the statements below are true and correct to the best of my knowledge.

I have known Mike Hardin for approximately ten years. When I first met Mike he was a homicide detective for Salt Lake City and was dating my sister-in-law. I was a licensed mortgage loan officer and Mike sent me a few referrals of fellow Police Officers that needed mortgage financing. What I learned working with these officers is that Mike had a great professional reputation. He was respected by his peers and was known for his integrity. I recall being told that on a few occasions Mike was pressured to go along with a suicide narative for cases that he felt strongly were murder and not suicide. When I asked Mike about it, he stated that he felt he had an obligation to the deceased and their family to make sure the case was fully investigated and to not take the easy way out by calling it a suicide when that was likely not the case. I thought that reflected a determination to do what's right.

After Mike retired as a Detective, I witnessed first hand his professionalism as a Real Estate Agent and financial planner. In the course of interaction directly with Mike over the years I have learned that Mike is honest and of good moral character. I trust his opinion and ethics. When our daughter died this last summer, Mike was one of the first people we called. His opinion and support during the single worst moment of our lives as parents was appreciated more than could ever be expressed.

While I cannot speak of the events at the Capital on January 6 because I was not there, I'm certain that Mike wouldn't have been a threat to person or property as that would have been outside his character and normal response. Mike has always spoken in terms of protecting the safety of others and respecting property.

Thank you,

*R. Lance Willson* (signature)
R. Lance Willson





March 31, 2022

Re:  Michael Lee Hardin, 1:21-cr-280

Naturally, it is expected there are some in my life who espouse political beliefs that differ from my own, and I respect that.  It was not expected, however, that my friend and former Salt Lake City Police Department colleague would one day be arrested in connection with the events at the United States Capitol Building occurring on January 6, 2021.  Though I was disappointed to learn of his participation, I write this letter on behalf of Michael Hardin because I believe his sincerity that it was the worst decision of his life.

For the better part of two decades Mike and I served together as police officers in Salt Lake City, and I've seen him for who he is, a good and moral man who became a police officer, ultimately a homicide detective, to serve his fellow citizens and protect those who would be victimized by others.  I'm saddened that this momentary lapse of reason will leave a lasting scar personally and professionally.  We all make mistakes, and one mistake should not define us, even this one he has made.  Like my friend Mike, I believe in second chances, and I appeal to this court to grant him one as he has done for others.

With great respect,

Nicholas T. DeLand

**DeLand Investigations, LLC** ▪ Utah PI Agency License P110991
www.delandinvestigations.com ▪ delandinvestigations@gmail.com
(801) 949-7875 cell ▪ (801) 810-7875 Google Voice



March 30th, 2022

RE: Mr. Mike Hardon (Class B Misdemeanor)

To The Honorable Judge Timothy Kelly,

It is my honor to be writing on behalf of Mike Hardon. I have known Mike Hardon for over 5 years. He is not only a good friend but also supports my family and I as our financial advisor. Mike Hardon is 100% trust worthy and honest. He is a dedicated husband and father and supports his community. It is my hope this letter will act as a positive and contributing factor when the court considers this matter.

Sincerely,

*Shelley Oram*

Shelley Oram