UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case Nos. 21-cr-280 (TJK) |
| : | |
| MICHAEL LEE HARDIN, : | |
| : | |
| Defendant. : | |

## DEFENDANT'S NOTICE OF FILING OF SENTENCING EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The Defendant hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and counsel for the Government in relation to the defendant's position at sentencing.

1. Exhibit 1: A compilation video titled "HARDIN BUHLER cap movement summary part 1" depicting Mr. Hardin's movement through the Capitol from various cameras in various places. (Mr. Hardin is wearing greenish clothing, with a small backpack, and a blue beanie cap with the word "TRUMP" on the front. He is seen always with Ms. Buhler, wearing a small multicolored backpack)

2. Exhibit 2: A compilation video titled "HARDIN BUHLER cap movement summary part 2" depicting Mr. Hardin's movement through the Capitol from various cameras in various places. (Mr. Hardin is wearing greenish clothing, with a small backpack, and a blue beanie cap with the word "TRUMP" on the front. He is seen always with Ms. Buhler, wearing a small multicolored backpack.)

        Respectfully submitted,

  /s/*Scott C. Williams*
SCOTT C. WILLIAMS
ATTORNEY FOR DEFENDANT
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 220-0700
Cellular Phone: (801) 541-4726
Fax: (801) 364-3232
scwlegal@gmail.com

/s/     Kira Anne West
Kira Anne West, Esq.
LAW OFFICE OF KIRA ANNE WEST
Pro Hac Vice counsel
D.C. Bar No. 993523
712 H Street N.E., Unit 509
Washington, DC 20002
Direct: 202-236-2042
Email: kiraannewest@gmail.com

## **CERTIFICATE OF SERVICE**

On this 8th day of April, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

          /s/*Scott C. Williams/Kira Anne West*
SCOTT C. WILLIAMS
ATTORNEY FOR DEFENDANT
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 220-0700
Cellular Phone: (801) 541-4726
Fax: (801) 364-3232
scwlegal@gmail.com