UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-280 (TJK) |
| : | |
| : | |
| MICHAEL LEE HARDIN, : | |
| : | |
| Defendant. : | |

NOTICE OF FILING OPPOSITION TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF PROBATION
IN THE DISTRICT OF UTAH

On April 11, 2022, this Court sentenced defendant Michael Lee Hardin to 30 days' home confinement, 18 months' probation, 60 hours of community service, and $500 in restitution. ECF No. 44. At sentencing, this Court transferred supervision and jurisdiction to the District of Utah, where defendant resides. ECF No. 47. On April 18, 2022, the District of Utah accepted jurisdiction, and the case was assigned to the Honorable Clark Waddoups. *United States v. Michael Lee Hardin*, 2:22-cr-00135-CW (D. Utah).

On July 19, 2022, having completed less than 15% of his probation term, defendant filed a Motion for Early Termination of Probation. *See* Ex. 1. The government filed its opposition to defendant's motion on August 1, 2022. *See* Ex. 2. The United States Probation Office for the District of Utah must inform the Court of its position by August 9, 2022. *See United States v. Michael Lee Hardin*, 2:22-cr-00135-CW, ECF No. 9 (D. Utah). The government intends to provide this Court with a copy of any order issued by Judge Waddoups.

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:/s/ *Hava Arin Levenson Mirell*

HAVA ARIN LEVENSON MIRELL
Assistant United States Attorney – Detailee
CA Bar No.: 311098
United States Attorney's Office
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
Phone: (213) 894-0717
Email: Hava.Mirell@usdoj.gov
